United States District Court
Middle District of Florida
Orlando Division

United States of America,

    Plaintiff,

v.                                 No. 6:24-cr-170-JSS-DCI

Erin Eunah Kim,

    Defendant.

## JOINT MOTION TO CONTINUE SENTENCING

Defendant Erin Kim and the United States, by and through undersigned counsel, respectfully move this Honorable Court to continue Ms. Kim's sentencing hearing in the above-styled matter.

### I. Background

On May 13, 2025, Ms. Kim entered a guilty plea to one count of conspiracy to defraud the United States and to unlawfully distribute controlled substances, contrary to 21 U.S.C. § 841, in violation of 18 U.S.C. § 371, and one count of false statements relating to health care matters and aiding and abetting, in violation of 18 U.S.C. §§ 1035 and 2.

Ms. Kim's sentencing was initially set for October 29, 2025. Sentencing was continued to February 10, 2026, based in part on Ms. Kim's cooperation involving the former CEO of Done Global and the Medical Director of Done Health. *United States v. Ruthia He and David Brody*, Case No. CR 24-329 CRB, in the United States District Court for the Northern District of California. (ECF No. 66).

## II. Reasons for a Continuance

Following five and a half weeks of trial, the jury returned guilty verdicts on all counts against defendants He and Brody November 18, 2025. *United States v. He et al.*, No. CR 24-329 CRB; ECF No. 530. Sentencing in that case is currently set for February 25, 2026. *Id.* After the conviction of Done's CEO and Medical Director, the district court in the Northern District of California continued the sentencing dates for other Done defendants until to May and June.

Ms. Kim is cooperating with the government on additional matters related to the Done Health investigation which will advance the interests of justice but cannot be completed until after the currently scheduled sentencing.

District courts "possess broad discretion to manage their dockets" and may change any time limits of a sentencing hearing "on a showing of good cause." *United States v. Reed*, 778 F. App'x 654, 661 (11th Cir. June 19, 2019) (internal citation omitted). Local Rule 3.09 provides that a continuance may be allowed by order of the Court for good cause shown. The parties believe that a continuance until after the sentencings in the Northern District of California will allow the Court to consider any substantial assistance provided  and inform the Court of the sentencing factors under 18 U.S.C. § 3553(a).

## III. Conclusion

Accordingly, the parties jointly request that this Honorable Court enter an Order continuing Ms. Kim's sentencing hearing until late June or July of 2026.

Date: January 6, 2026.

Respectfully submitted,

/s/ David C. Boyer
David C. Boyer
Zachary L. Newland
**Newland Legal, PLLC**
P.O. Box 3610
Evergreen, Colorado 80437
Tel: (303) 948-1489
Email: david@newlandlegal.com
Email: zach@newlandlegal.com

*Attorneys Pro Hac Vice for Ms. Kim*

GREGORY W. KEHOE
United States Attorney

LORINDA LARYEA
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

*/s/ Raymond E. Beckering III*
Raymond E. Beckering III
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Avenue
Washington, DC 20005
Phone: (202) 794-0097
Email: catherine.wagner@usdoj.gov
Phone: (202) 256-0867
Email: Raymond.beckering.iii@usdoj.gov

*Counsel for the United States*

## Certificate of Conference

I hereby certify that on January 5, 2026, defense counsel conferred with Assistant United States Attorney Raymond Beckering for the United States who joins this motion.

/s/ David C. Boyer
David C. Boyer

## Certificate of Service

I hereby certify that on January 6, 2026, I caused a true and correct copy of the foregoing motion to be served on all counsel of record via the Court's CM/ECF system.

/s/ David C. Boyer
David C. Boyer