United States District Court
Middle District of Florida
Orlando Division

United States of America,

      Plaintiff,

v.                                      No. 6:24-cr-170-JSS-DCI

Erin Eunah Kim,

      Defendant.

_____/

### Defendant's Unopposed Motion for an Extension of Time to File Objections to the Presentence Investigation Report

Defendant Erin Eunah Kim respectfully moves for a 30-day extension of time, to and including February 19, 2026, in which to file objections to the Presentence Investigation Report ("PSR"). The Government does not oppose this motion.

1. United States Probation disclosed the PSR to the parties on January 6, 2026. Objections to the PSR are currently due no later than January 20, 2026. Fed. R. Crim. P. 32(f)(1).

2. Sentencing is currently set for February 10, 2026. A joint motion to continue the sentencing hearing is currently pending before the Court. (ECF No. 69).

3. The undersigned counsel is lead counsel in a case presently pending before the United States Supreme Court, and has a merits brief due on January 20, 2026. *United States v. Hemani*, No. 24-1234. Argument is currently set before the Supreme Court on March 2, 2026.

4.      Ms. Kim respectfully requests a 30-day extension of time in which to prepare and submit any objections to the PSR.

5.      The undersigned counsel have conferred with counsel of record for the United States, who indicated that the Government is not opposed to this motion.

Accordingly, Ms. Kim respectfully request the Court enter an Order extending the deadline to file objections to the PSR to February 19, 2026.

Respectfully submitted,

/s/ Zachary L. Newland
Zachary L. Newland
Newland Legal, PLLC
P.O. Box 3610
Evergreen, Colorado 80437
Tel: (303) 948-1489
Email: zach@newlandlegal.com

/s/ David C. Boyer
David C. Boyer
Newland Legal, PLLC
P.O. Box 1413
Midlothian, Texas 76065
Tel: (303) 948-1489
Email: david@newlandlegal.com

*Attorneys Pro Hac Vice for Ms. Kim*

## Certificate of Conference

I hereby certify that on January 8, 2026, defense counsel conferred with AUSA Raymond Beckering, III, counsel of record for the United States, who stated the Government does not object to this motion.

/s/ David C. Boyer

## Certificate of Service

I hereby certify that on January 8, 2026, I caused a true and correct copy of the foregoing motion to be served on all counsel of record via the Court's CM/ECF system.

/s/ David C. Boyer